IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN LADYANSKY and** | : | **CIVIL ACTION** |
| **BARBARA LADYANSKY,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **No.: 11-cv-102** |
| | : | |
| **COOPER WHEELOCK, INC. and** | : | |
| **SIMPLEX GRINNELL, LP,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this  29th  day of March, 2012, upon consideration of Plaintiffs' Motion to Amend the Complaint to Conform to the Evidence (Doc. No. 49), SimplexGrinnell's Opposition to Plaintiffs' Motion to Amend the Complaint to Conform to the Evidence (Doc. No. 50), and Plaintiffs' Rebuttal to SimplexGrinnell's Opposition to Plaintiffs' Motion to Amend the Complaint to Conform to the Evidence (Doc. No. 53), as well as SimplexGrinnell's Motion for Entry of Final Judgment (Doc. Nos. 51-52) and SimplexGrinnell's Reply in Support of its Motion for Entry of Final Judgment (Doc. No. 54), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion to Amend is **DENIED**, and SimplexGrinnell's Motion for Entry of Final Judgment is **GRANTED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE